UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN - 8 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

LLOYD J. FLEMING,

    Plaintiff,

v.     Civil Action No. 11 1055

OFFICE WALTER W. TWEEDY, *et al.*,

    Defendants.

## MEMORANDUM OPINION

This matter is before the Court upon consideration of plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. The application will be granted, and the complaint will be dismissed.

Plaintiff alleges that his neighbors are "assaulting[,] intimidating[, and] e[]mitting . . . electric radiation wave with sound, day and night, from apartments 315 and 115, to provoke violants [sic] on [his] part, for the two years [he has] lived in the building, being tormented." Compl. at 3. Among other relief, he demands "a full investigation, the arrest, prosecution, and conviction" of the defendants "with compensation for [his] suffering and pain, hardship, and the defamation of [his] character." *Id.*

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). Notwithstanding plaintiff's bald assertion of "[t]he infringement . . . of [his] constitutional rights to the justice system," Compl. at 2, it does not appear that the complaint states a federal claim. And because all the parties appear

to reside or conduct business in the District of Columbia, *see id.* at 1 (caption), plaintiff does not establish diversity of citizenship. Accordingly, the Court will dismiss this action for lack of subject matter jurisdiction.

An Order accompanies this Memorandum Opinion.

/s/ Ellen Shuck
United States District Judge

DATE: 5/25/11